UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TREVIS CALDWELL, | ) |
| | ) |
|       Plaintiff | ) |
|   v. | )   Civil No.   05-213-P-S |
| | ) |
| UNITED STATES MARSHAL SERVICE, ET AL, | ) |
| | ) |
|       Defendants | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 26) filed January 5, 2007, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that Plaintiff's Amended Complaint (Docket No. 11) is DISMISSED without prejudice pursuant to 4(m), Fed.R.Civ.P.

                                                      /s/ George Z. Singal
                                                      Chief United States District Judge

Dated this 1st day of February, 2007.